# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01927-WJM-MEH

MICHAEL SEXTON,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,
LT. SEAN FARIS, and
JOHN DOE,

    Defendants.

---

## DEFENDANTS' *UNOPPOSED* MOTION TO VACATE AND STAY DISPOSITIVE MOTION DEADLINE

---

Defendants, Lt. Sean Faris and the City and County of Denver, through undersigned counsel, hereby submit the following Unopposed Motion to Vacate and Stay the Dispositive Motion Deadline.

As grounds, Defendants state as follows:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.Colo.LCivR 7.1(a), undersigned counsel conferred with counsel for Plaintiff, who consents to the relief requested in this motion.

### ARGUMENT

1. On October 16, 2023, after recognizing a scheduling conflict with the deadline to respond to Plaintiff's Second Amended Complaint as ordered by Judge Martinez and the dispositive motion deadline set by this Court, Defendants filed an unopposed

motion to extend the dispositive motion deadline to October 27, 2023—the same day that their response to Plaintiff's Second Amended Complaint is due [Doc. 64].

2. That request was granted [Doc. 66].

3. Defendants intended to file a combined Rule 12 motion to dismiss the Second Amended Complaint and a Rule 56 Motion for Summary judgment on October 27, 2023.

4. However, after review of Judge Martinez's practice standards, Defendants realized that they would be unable to file a combined motion in this manner.

5. Defendants plan to file a Rule 12 motion to dismiss the claims in Plaintiff's Second Amended Complaint on October 27, 2023.

6. Defendants have reason to believe based on Judge Martinez's September 1, 2023, order that some claims will be dismissed pursuant to Defendants' Rule 12 motion to dismiss [*see* Doc. 62].

7. As a practical matter, clarity regarding which claims remain is necessary before Defendants file a motion for summary judgment so that they do move for summary judgment on claims that do not survive the motion to dismiss.

8. As such, Defendants now request that the dispositive motion deadline of October 27, 2023, be vacated and stayed pending resolution of Defendants' Motion to Dismiss the Second Amended Complaint.

9. Such an extension of time will further judicial efficiency.

10. No party will be prejudiced by this request, and all parties consent to the relief requested herein.

WHEREFORE, Defendants request that the Court vacate the October 27, 2023, dispositive motion deadline and stay the deadline pending resolution of their motion to dismiss the Second Amended Complaint.

Dated this 25th day of October 2023.

                                             Respectfully submitted by,

*s/ Honor K. Moore*
Honor K. Moore, Esq.
Kevin McCaffrey, Esq.
Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, Colorado 80202-5332
Telephone: 720-913-3100
Facsimile: 720-913-3155
E-mail: honor.moore@denvergov.org
E-mail: kevin.mccaffrey@denvergov.org
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October 2023, the foregoing **DEFENDANTS' *UNOPPOSED* MOTION TO VACATE AND STAY DISPOSITIVE MOTION DEADLINE** was filed with the Clerk of the Court via the CM/ECF system which will send a notification of such filing to the following:

Kenneth Mark Burton, Esq.
THE LAW OFFICE OF MARK BURTON, P.C.
burtonslaw2000@yahoo.com
*Attorney for Plaintiff*

                                             *s/ Courtnee D. Lewis*
                                             Denver City Attorney's Office