IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01927-WJM-MEH

MICHAEL SEXTON,
    Plaintiff,

v.

LT. SEAN FARIS,
JOHN DOE,
CITY AND COUNTY OF DENVER,
    Defendants.

## JOINT STATUS REPORT

The Parties, Defendant Lt. Sean Faris and Plaintiff Michael Sexton, through undersigned counsel, submit this joint status report pursuant to the Court's October 25, 2023, order (Doc. 69).

1. On October 25, 2023, Defendants City and County of Denver and Lt. Faris moved to vacate and stay the dispositive motion deadline pending the Court's resolution of its Motion to Dismiss Plaintiff's Third Amended Complaint. (Doc. 67).

2. Thereafter, the Court vacated and stayed the dispositive motion deadline. (Doc. 69).

3. On September 16, 2024, the Court granted in part and denied in part Defendants' motion to dismiss. (Doc. 77). The Court dismissed all claims against the City and County of Denver and John Doe 1. (*Id.*). The Court also dismissed all claims except for Claim 3: Retaliation in Violation of the First Amendment against Lt. Faris. (*Id.*).

4. As such, the only remaining Defendant is Lt. Faris and the only remaining claim is First Amendment Retaliation.

5. While motions to dismiss were pending, the Parties conducted and completed discovery.

6. Discovery closed in this case on September 20, 2023 (Doc. 61).

7. The case is now ripe for dispositive motion briefing. After conferral the Parties propose the following deadlines for dispositive motions:

>January 8, 2024 – Dispositive motion deadline
>
>January 29, 2024 – Response Brief
>
>February 12, 2025 – Reply Brief

Dated this 23rd day of September 2024

>Respectfully submitted by,

*s/ K. Mark Burton*
Kenneth Mark Burton, Esq.
The Law Office of Mark Burton, P.C.
1175 Osage Street, Suite 210
Denver, Colorado 80204
burtonslaw2000@yahoo.com
*Counsel for Plaintiff*

*s/ Honor K. Moore*
Honor K. Moore, Esq.
Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 W. Colfax Ave., Dept. 1108
Denver, CO 80202-5332
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
Email: honor.moore@denvergov.org
*Counsel for Lt. Faris*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September 2024, the foregoing **JOINT STATUS REPORT** was filed with the Clerk of the Court via the CM/ECF system which will send a notification of such filing to the following:

Kenneth Mark Burton, Esq.
THE LAW OFFICE OF MARK BURTON, P.C.
burtonslaw2000@yahoo.com
*Counsel for Plaintiff*

*s/Courtnee D. Lewis*
Denver City Attorney's Office